UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
|     Plaintiff, | ) Civil Case No. 4:16-cv-02416 |
| v. | ) |
| BENJAMIN DAY, | ) |
|     Defendant. | ) |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF BENJAMIN DAY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Benjamin Day ("Defendant") through his counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Benjamin Day was assigned the IP Address 99.71.154.75. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Benjamin Day has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 23, 2017

                                                  Respectfully submitted,

                                                  **LOWENBERG LAW FIRM, PLLC**
By:    */s/ Andrew D. Kumar*
                                                  **MICHAEL J. LOWENBERG**
                                                  Federal Bar No. 22584
                                                  Texas Bar No. 24001164
                                                  Email: Mike@thetexastriallawyers.com
                                                  **ANDREW D. KUMAR**
                                                  Federal Bar No. 1409965

1

        Texas Bar No. 24075913
        Email: Andrew@thetexastriallawyers.com
        7941 Katy Freeway, Suite 306
        Houston, Texas 77024
        Telephone: (832) 241-6000
        Telecopier: (832) 241-6001

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        By: */s/ Andrew D. Kumar*
        ANDREW D. KUMAR