United States District Court
Southern District of Texas
**ENTERED**
January 24, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Malibu Media, LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-2416 |
| | § | |
| Benjamin Day, | § | |
|     Defendant. | § | |

### O R D E R

In accordance with the Notice of Dismissal filed on January 23, 2017 (docket entry no. 19), this action is hereby dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 24th day of January, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE